**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Pamela E. Prescott, Esq. (328243)
pamela@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiffs,*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JUDY CHO and GARY LUCIANO, Individually and on Behalf of All Others Similarly Situated,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**GENERAL MOTORS, LLC,**<br><br>**Defendant.** | **Case No.:** 8:24-cv-00819-DOC-JDE<br><br>**NOTICE OF RESOLUTION** |

NOTICE IS HEREBY GIVEN that the dispute between plaintiffs Judy Cho ("Cho") and Gary Luciano ("Luciano") (the "Plaintiffs") and defendant General Motors, LLC ("GM" or "Defendant") has been resolved in principle, on an individual basis, as to both named Plaintiffs.

The Parties anticipate filing a Joint Stipulation to Dismiss Plaintiffs' individual claims against GM with prejudice within sixty (60) days.

Plaintiffs respectfully request that the Court vacate all pending dates, hearings, and filing requirements in this action, and set a deadline on or after **November 5, 2024**, for the Parties to dismiss the claims against GM.

Dated: September 6, 2024

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: */s/ Pamela E. Prescott, Esq.*
Abbas Kazerounian, Esq.
Pamela E. Prescott, Esq.
ATTORNEYS FOR PLAINTIFFS

KAZEROUNI LAW GROUP, APC