JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUDY CHO and GARY LUCIANO, Individually and on Behalf of All Others Similarly Situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**GENERAL MOTORS, LLC,**<br><br>**Defendant.** | Case No.:  8:24-cv-00819-DOC-JDE<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)  [35]**<br><br>HON.  DAVID O. CARTER |

Good causing appearing, the stipulated request of plaintiffs Judy Cho and Gary Luciano ("Plaintiffs") and defendant General Motors, LLC ("Defendant") (together, the "Parties"), for dismissal of Plaintiffs' individual claims against Defendant *with prejudice* and dismissal of the claims of the putative class members against Defendant *without prejudice*, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), is hereby GRANTED. The Parties shall each bear their own respective attorneys' fees and costs.

IT IS SO ORDERED.

Dated: November 22, 2024

*/s/ David O. Carter*
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE